```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                          EASTERN DISTRICT OF CALIFORNIA
10  TONY BLACKMAN,                    )  Case No.: 1:13-cv-01481 – JLT (PC)
                                      )
11               Plaintiff,           )  ORDER TRANSFERRING CASE TO THE
                                      )  SOUTHERN DISTRICT OF CALIFORNIA
12         v.                         )
                                      )
13  PARAMO, et al.,                   )
                                      )
14               Defendants.          )
                                      )
15  _____    )
16
```

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).  Moreover, where a party iniaties a matter within the wrong district, a federal court may, in the interest of justice, transfer the complaint to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

In this case, none of the defendants reside in this district.  Plaintiff's claim arose in San Diego

1  County, which lies within the Southern District of California. Therefore, plaintiff's claim should have
2  been filed in the United States District Court for the Southern District of California.
3      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
4  District Court for the Southern District of California.

6  IT IS SO ORDERED.

7    Dated:   **September 16, 2013**             **/s/ Jennifer L. Thurston**
8                                                           UNITED STATES MAGISTRATE JUDGE

2